UNDER SEAL

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA | )<br>) (UNDER SEAL) |
| v. | )<br>) Criminal No. 1:18-MJ-358<br>) |
| ADAM ALBRETT, | )<br>) |
| *Defendant.* | )<br>) |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Thomas P. Andriko Jr., being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the United States Capitol Police (the "USCP"), where I have served since January 30, 2009. I am currently assigned to the USCP Investigations Division, Threat Assessment Section. Prior to working in the Investigations Division, I was assigned to the USCP Dignitary Protection Division from August 2013 to February 2017. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I have completed hundreds of hours of training in numerous areas of law enforcement investigation and techniques. In the course of my employment as a Special Agent with the USCP, I have received training regarding the application for and execution of both search and arrest warrants. In my current assignment, I have participated in and conducted numerous investigations involving illegal activity including threatening communications, both locally and interstate. As a federal law enforcement officer, I am authorized to execute search and seizure warrants issued under Rule 41 of the Federal Rules of Criminal Procedure.

2.      I have participated in numerous investigations into threats against members of Congress, including violations of 18 U.S.C. § 875 (C), which provides:

> Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both.

3.      This affidavit is made in support of a complaint and an arrest warrant for Adam Albrett (ALBRETT) for violation of 18 U.S.C. § 875 (C).

4.      The facts and information contained in this affidavit are based upon my training and experience, participation in threats investigations, personal knowledge, and observations during the course of this investigation, as well as the observations of other agents involved in this investigation.  All observations not personally made by me were related to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by me or known to the Government.

## PROBABLE CAUSE

5.      On Wednesday July 11, 2018 at approximately 3:18 p.m., a Congressional staff member from the office of a United States Congressman, located in Washington, DC, notified the USCP Threat Assessment Section (TAS) of a threatening fax sent by Adam Albrett (ALBRETT).  The staff member provided S/A Andriko (your affiant) a copy of the fax.

6.      A review of the fax revealed it was addressed to the Washington, DC offices of ten (10) Members of Congress and two (2) United States Senators.  S/A Andriko contacted all of

the listed Congressional offices and eight (8) of the Washington, DC offices confirmed they received the fax.

7.    S/A Andriko reviewed the fax that was provided. Among other things, the fax contained the following threatening statements:

a.   "Someone gets killed you will pay for it. I will kill within 5 days…"

b.   "Any media, politicians, or people that allow you to benefit from such a choice need to be destroyed brutally and mercilessly and lose their lives."

c.   "Get it into your heads that I do want to kill and am going to kill the pussy-grabbing and underwear wearing-status exposing Jewish Messiah Trump and as many of his illegitimate administration and family as I can and if I cannot someone else will have to do. Why is it that the Secret Service does not take my serious threats against the pussy-grabbing and underwear wearing-status exposing Jewish Messiah Trump seriously? Is it because he is not really a president? Is it because I was charged with making a threat against Obama and found not guilty by reason of insanity? It's simply not right that the illegitimate pussy-grabbing and underwear wearing-status exposing Jewish Messiah Trump is being treated differently. Well what do I have to do to get the Secret Service to take my threats seriously? Do I have to send them as faxes to the media? Do I have to try to make it down to Washington, DC and hold up a placard or sign with the threat? How about a sign on the front yard with a 'bullet' going through the criminal Jewish Messiah's head? What does a person have to do to get justice which is what I was doing back in 2010 when I was illegitimately charged and was thoroughly sane at the time and let you criminal liars do what you wanted to do

because I was going to revisit the issue.  Until you are destroyed or die there is no separating us."

8.    All of the faxes that were reviewed appeared to have been typed by a computer device.

9.    The fax header shows the originating number as 703-978-1288.  The first page of the fax says "From: Adam Albrett (703) 978-1288" The second and the fifth page of the fax have the name "- Adam Albrett" appearing at the bottom.  A LexisNexis search of the phone number 703-978-1288 revealed the number was a residential landline registered to Adam Albrett located at 9905 Commonwealth Blvd. Fairfax, VA 22032 (the SUBJECT PREMISES).  A TLOXP search of the phone number 703-978-1288 revealed the number was a landline registered to Adam Albrett located at the SUBJECT PREMISES.  ALBRETT has been of record with USCP since 2009 for reports of threatening communications to Congressional offices.  A review of those cases show the phone number 703-978-1288 and address of the SUBJECT PREMISES as being associated with ALBRETT.

10.    In 2015, the USCP received a report from a United States Senator's Washington, DC office that they received a threatening phone call. The staff provided USCP the phone number, for the caller as 703-978-1288 and advised the caller self-identified himself as Adam Albrett.  The staff reported ALBRETT made the following threatening statement, "Senator Cotton is going to be executed by being water boarded in Netanyahu's blood," and he also told staff to call the FBI, U.S. Secret Service, and the U.S. Capitol Police.

11.    From approximately July 12, 2018 to July 17, 2018, several of the Congressional offices notified S/A Andriko that they have received additional faxes from ALBRETT containing the same threatening language.

12.     On July 11, 2018, the Federal Bureau of Investigation (FBI) notified the USCP of a FBI Tip Line report that was submitted via email, on July 10, 2018, and the sender identified himself as Adam Albrett, telephone number 703-978-1288, email address albrett2017@gmail.com, and address at the SUBJECT PREMISES.  The statements in the Tip read, "I will kill within 5 days if I do not get the millions of dollars I am owed to obtain among other things the health care I need and deserve and that is long overdue and at the very least partly needed because of the harm you or others have caused that eclipses the harm from whatever minor chronic illness I used to suffer from." This statement is the same or similar statement to the one that ALBRETT made in the threatening faxes to Congressional offices.

13.     Further review of the information provided by the FBI revealed the IP address used by ALBRETT to submit the tip was from a TOR browser.[1]

## CONCLUSION

14.     In sum, based upon the facts set forth in this affidavit, I submit that there is probable cause to believe that Adam ALBRETT did transmit, in interstate commerce, communications which contained threats to injure the person of another, specifically President Donald Trump, federal officials in the administration, as well as other politicians, all in violation of Title 18, U.S. Code, Section 875(C).

Respectfully submitted,

_____
Thomas P. Andriko Jr.
Special Agent
United States Capitol Police

---

[1] A TOR browser is software that is placed on a computer device to allow a user to remain anonymous when using the internet for web browsing, sending emails, instant messages, and other internet activity.

Subscribed and sworn to before me
on **July 20, 2018**
Date

_____/s/_____
John F. Anderson
United States Magistrate Judge
HON. JOHN F. ANDERSON