

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 1:18cr312 |
| ) | |
| v. ) | |
| ) | COUNT 1: 18 U.S.C. §875(c) |
| ADAM ALBRETT ) | (Threatening Interstate |
| a/k/a Muhannad Almahmoudi, ) | Communications) |
| Defendant ) | |

AUGUST 2018 TERM - AT ALEXANDRIA

INDICTMENT

COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about July 11, 2018, in Fairfax County, within the Eastern District of Virginia and elsewhere, the defendant, ADAM ALBRETT, did knowingly and intentionally transmit in interstate commerce, from Virginia to the District of Columbia, communications which contained threats to injure the person of another.

(In violation of Title 18, United States Code, Section 875(c)).

A TRUE BILL:

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

_____
FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: /s/ Patricia Haynes
Patricia Haynes
Assistant United States Attorney
Michelle Tonelli
Special Assistant United States Attorney